

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

January 24, 2008

By Fax

Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

    Re: <u>Nancy Marrero o/b/o N.V. v. Astrue</u>
        07 Civ. 9518 (LTS) (MHD)

Dear Judge Dolinger:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. On December 10, 2007, the Court granted defendant's request for an extension of time to respond to the complaint, from December 28, 2007, to February 26, 2008. Through an oversight on my part, I did not request that the November 19, 2007 briefing schedule requiring the defendant to move by January 25, 2008, be revised.

    Therefore, with consent of plaintiff, I respectfully request an extension of the briefing schedule as follows: Defendant's motion for judgment on the pleadings would be due on March 10, 2008. Plaintiff's response would be due on April 9, 2008. Defendant's reply, if any, would be due on April 23, 2008.

    This is defendant's first request for an extension of the briefing schedule.

*ENDORSED ORDER*

*Application granted.*

[signature]

1/24/08

Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By:   */s/ Leslie A. Ramirez-Fisher*
        LESLIE A. RAMIREZ-FISHER
        Assistant U.S. Attorney
        Telephone: (212) 637-0378
        Fax: (212) 637-2750

cc: Michael D. Hampden, Esq. (By Fax)