

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 7, 2008

By Fax

Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

*ENDORSED ORDER*
[handwritten notations]
3/7/08

Re: Nancy Marrero o/b/o N.V. v. Astrue
    07 Civ. 9518 (LTS) (MHD)

Dear Judge Dolinger:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. Defendant's motion for remand is currently due on March 10, 2008. However, the parties are exploring the possibility of settlement of this matter. Therefore, with the consent of plaintiff, I respectfully request a two week extension of time to file a stipulation of remand, or if the parties do not agree, a motion in support of remand.

    Should the Court grant this request, defendant's motion would be due on March 24, 2008. Plaintiff's response would be due on April 23, 2008. Defendant's reply, if any, would be due on May 7, 2008.

    This is defendant's second request for an extension of the briefing schedule.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Michael D. Hampden, Esq. (By Fax)