☐ **ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 9 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
NANCY MARRERO o/b/o            :
NOEL VARGAS,                   :
                               :
              Plaintiff,       :
                               :
       - v. -                  :   STIPULATION AND ORDER
                               :        OF REMAND
MICHAEL J. ASTRUE,             :   07 Civ. 9518 (LTS)(MHD)
Commissioner of                :
Social Security,               :
                               :
              Defendant.       :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),



LAURA TAYLOR SWAIN
U.S.D.J.

for further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
February 14, 2008
March 13, 2008

                        PARTNERSHIP FOR CHILDREN'S
                         RIGHTS
                        ATTORNEYS FOR PLAINTIFF

By: _____
    MICHAEL D. HAMPDEN, ESQ.
    271 Madison Avenue, 17th Floor
    New York, New York 10016
    Telephone No. (212) 683-7999

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ FISHER
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-0378
    Leslie Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____ 3/18/08
United States District Judge