

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-0378
Fax: (212)637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

NANCY MARRERO o/b/o                    :
NOEL C. VARGAS,                        :
                                       :
               Plaintiff,              :
                                       :
                                       :          STIPULATION AND ORDER
     - v -                             :          07 Civ. 9518 (LTS)(MHD)
                                       :
MICHAEL J. ASTRUE,                     :
Commissioner of                        :
Social Security,                       :
                                       :
               Defendant.              :
- - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorneys for the parties, that defendant shall pay plaintiff's

counsel, the sum of three thousand seventy eight dollars and

ninety-cents  ($3,078.90) in  attorney's fees, pursuant to



the Equal Access to Justice Act, 28 U.S.C. § 2412, in full

satisfaction of any and all claims for attorney's fees and

costs in connection with this action.

Dated: New York, New York
       April 25, 2008

                              PARTNERSHIP FOR CHILDREN'S
                                RIGHTS
                              Attorneys for Plaintiff

                     By:_____
                              MICHAEL D. HAMPDEN, ESQ.
                              271 Madison Avenue, 17 Floor
                              New York,  New York 10016
                              Telephone No. (212) 683-7999

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                     By:_____
                              LESLIE A. RAMIREZ-FISHER
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone No. (212) 637-0378
                              Leslie Ramirez Fisher@ usdoj.gov

SO ORDERED:

_____
United States District Judge